**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-7030

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

MALIEK KEARNEY,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge.  (1:16-cr-00486-GLR-1; 1:21-cv-03149-GLR)

_____

Submitted:  January 30, 2024        Decided:  February 6, 2024

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Maliek Kearney, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maliek Kearney seeks to appeal the district court's orders denying relief on his 28 U.S.C. § 2255 motion and denying reconsideration.* The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

Limiting our review of the record to the issues raised in Kearney's informal brief, we conclude that Kearney has not made the requisite showing. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Kearney's motion for preparation of the record on appeal, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument

---

* Although the district court improperly construed Kearney's timely Fed. R. Civ. P. 59(e) motion as an unauthorized, successive § 2255 motion, *see Banister v. Davis*, 140 S. Ct. 1698, 1702 (2020), this error does not affect the resolution of this appeal.

2

because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*